**FILED**
February 6, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                   )       Case No. 2:13-mj-00035-EFB
        Plaintiff,                      )
v.                                              )
                                                 )       ORDER FOR RELEASE OF
CHRISTOPHER NAVARRO,           )       PERSON IN CUSTODY
                                                 )
        Defendant.                  )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release CHRISTOPHER NAVARRO, Case No. 2:13-mj-00035-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of: $50,000.00

        __X__ Co-Signed Unsecured Appearance Bond

        _____ Secured Appearance Bond

        __X__ (Other) Conditions as stated on the record.

        _____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  2/6/2013  at  2:50 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge